**No. 11-7516. Frank Allen, Jr., Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1056, 181 L. Ed. 2d 775, 2012 U.S. LEXIS 44.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 644 F.3d 748.

**No. 11-7518. Daniel Gonzalez-Garcia, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1056, 181 L. Ed. 2d 775, 2012 U.S. LEXIS 139.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 410 Fed. Appx. 827.

**No. 11-7519. Humberto Garcia, aka Humberto Garcia-Toscano, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1056, 181 L. Ed. 2d 775, 2012 U.S. LEXIS 160.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 436 Fed. Appx. 357.

**No. 11-7520. Wynell Gray, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1056, 181 L. Ed. 2d 775, 2012 U.S. LEXIS 340.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 648 F.3d 562.

**No. 11-7522. Ahmad Toussaint, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1056, 181 L. Ed. 2d 775, 2012 U.S. LEXIS 51.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 430 Fed. Appx. 819.

**No. 11-7524. Jesus Jose Lopez-Martinez, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1057, 181 L. Ed. 2d 775, 2012 U.S. LEXIS 114.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 438 Fed. Appx. 309.

**No. 11-7526. Clifton Savage, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1057, 181 L. Ed. 2d 775, 2012 U.S. LEXIS 367.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.